1050

[No. 63161-6-I. Division One. May 10, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ROBERT
ANICHINI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02766-4, Kenneth L. Cowsert, J., entered March 10, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 64954-0-I. Division One. May 10, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TIFFANY NICOLE
HARRISON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LANCE THOMAS
ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03916-5, Bryan E. Chushcoff, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Lau, JJ.